JONATHAN M. GORDON (State Bar # 82202)
ELIZABETH A. SPERLING (State Bar # 231474)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
jonathan.gordon@alston.com
elizabeth.sperling@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENGAGE LEARNING, INC., et al.<br><br>Plaintiff(s),<br>v.<br><br>ROLAND E. LAU a/k/a ROLAND E. CHIN, et al.<br><br>Defendant(s). | CASE NUMBER<br>CV11-03738 GHK (PJWx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) QIAN WANG, an individual _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| December 22, 2011 | /s/ Elizabeth A. Sperling |
| *Date* | *Signature of Attorney/Party*<br>Elizabeth A. Sperling<br>Attorney for Plaintiffs |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

