JS - 6

**FILED: 2/18/15**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Cengage Learning, Inc., et al.*, | CASE NO. CV 11-3738-GHK (PJWx) |
| **Plaintiffs,** | **JUDGMENT** |
| **v.** | |
| *Roland E. Lau, et al.*, | |
| **Defendants.** | |

Pursuant to the Court's February 18, 2015 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiffs Cengage Learning, Inc., John Wiley & Sons, Inc., The McGraw-Hill Companies, Inc., and Pearson Education, Inc. ("Plaintiffs") against Defendant AIM Discovery Inc. ("AIM") in the total amount of $16,019,737.68 consisting of (1) $15,179,737.68 in trebled actual damages for trademark infringement and (2) $840,000 in statutory damages for copyright infringement.

Furthermore, AIM is hereby (1) enjoined from further infringing upon Plaintiffs' respective current and future copyrights, pursuant to 17 U.S.C. § 502, including, without limitation, by manufacturing, importing, distributing, or selling unauthorized copies of Plaintiffs' copyrighted works; (2) enjoined from infringing upon Plaintiffs' respective current and future trademarks, pursuant to 15 U.S.C. § 1116, including, without

limitation, by manufacturing, importing, advertising, promoting, distributing, selling or offering to sell counterfeit or infringing goods bearing Plaintiffs' respective trademarks; and (3) ordered to deliver up for destruction to counsel for Plaintiffs within 30 days hereof all textbooks bearing unauthorized copies of Plaintiffs registered trademarks.

**IT IS SO ORDERED**.

DATED: February 18, 2015

_____
GEORGE H. KING
Chief United States District Judge